IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RAY CARPENTER, JR.,<br><br>Plaintiff,<br>vs.<br><br>CCA OF TENNESSEE, LLC et al.,<br><br>Defendants. | CV-19-16-GF-BMM<br><br>**ORDER DISMISSING DEFENDANT ROBERT TODD KELSEY WITHOUT PREJUDICE** |

Plaintiff Ray Carpenter and Defendant Robert Todd Kelsey, having filed a *Stipulated Motion to Dismiss Defendant Robert Todd Kelsey Without Prejudice*, and good cause appearing therefore the parties' *Stipulated Motion* is hereby GRANTED.  Defendants Robert Todd Kelsey is hereby dismissed without prejudice.  All Defendants having been dismissed, this case is hereby closed.

DATED this 11th day of May, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

Order Dismissing Defendant
Robert Todd Kelsey Without Prejudice
Page 2